IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICRO SYSTEMS, INC. | * | |
| Plaintiff | * | |
| vs. | * | Civil Action Nos. CCB-01-228 |
| | * | CCB-01-1538 |
| SHENANGO SYSTEM SOLUTIONS, INC., et al. | * | |
| Defendants | | |

\*\*\*\*\*\*\*\*

## ORDER

The defendant, Shenango Systems, Inc. filed a notice of removal on January 25, 2001, which was docketed as civil action No. CCB-01-228. The action was remanded to the Circuit Court for Howard County on April 3, 2001. Defendant, Shenango Systems, Inc. filed a second notice of removal on May 24, 2001, docketed as civil action no. CCB-01-1538 and again paid the required filing fee. In the interest of judicial economy, defendant's second notice of removal will be construed as a motion to reopen civil action no. CCB-01-228. The clerk will be directed to close civil action no. CCB-01-1538 and to refund the filing fee.

Accordingly, it is hereby ORDERED that:

1. Defendant's notice of removal in civil action no. CCB-01-1538 is hereby construed as a motion to reopen civil action no. CCB-01-228 and as such is granted.

2. The clerk is directed to reopen civil action no. CCB-01-228.

3. The clerk is directed to close civil action no. CCB-01-1538.

4. The finance department is directed to refund the filing fee for civil action no. CCB-01-1538.

5. Copies of this order shall be mailed to counsel of record.

_6/05/01_
Date

_Catherine C. Blake_
Catherine C. Blake
United States District Judge

JUN 5