IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICROS SYSTEMS, INC., :
:
:
:
:
v. : Civil Action No.CCB-01-228
:
:
SHENANGO SYSTEMS SOLUTIONS, INC., :
*et. al.* :

### ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. the defendants' motion to dismiss is **DENIED**;

2. the plaintiff's motion for summary judgment is **GRANTED**;

3. judgment is entered in favor of Micros Systems, Inc., and against Shenango Systems Solutions, Inc., Shenango Cash, and William Miller in the amount of **$330,558.77**, plus accrued finance charges;

4. the plaintiff's request for reasonable expenses pursuant to Federal Rule 37(a)(4)(A) is **GRANTED**, and defendants shall pay to Micros Systems the sum of **$348.00**;

5. the clerk of the court shall **CLOSE** this case; and

6. copies of this Order and the accompanying Memorandum shall be mailed to counsel of record.

1/30/02
Date

Catherine C. Blake
United States District Judge