IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICROS SYSTEMS, INC.             :
                                                            :
      v.                             :    CIVIL NO. CCB-01-228
                                                            :
SHENANGO SYSTEMS SOLUTIONS, INC., :
ET AL.                           :

...oOo...

## ORDER

Having read and considered defendants' Motion for Post-Judgment Relief and Request for Leave to Further Brief, and the plaintiff's Opposition thereto, and finding the defendants are not entitled to the relief sought, it is hereby **ORDERED** that:

    1. the Motion is **Denied**; and

    2. the Clerk shall mail copies of this Order to counsel of record.

_3/7/02_
Date

_/s/ Catherine C. Blake_
Catherine C. Blake
United States District Judge