IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICROS SYSTEMS, INC.           :
                               :
                               :
v.                             :   CIVIL ACTION NO. CCB-01-228
                               :
                               :
SHENANGO SYSTEMS SOLUTIONS,INC.:

## O R D E R

This lawsuit culminated in judgment for plaintiff entered on January 30, 2002. (*See* Paper Nos. 31 and 32). Defendant filed a Motion for Post Judgment Relief, which was denied. (See Paper Nos. 34 and 36). No appeal has been taken. Plaintiff Micros Systems, Inc. filed a timely Bill of Costs pursuant to Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920. (*See* Paper No. 33). No objection has been filed.

The plaintiff seeks remuneration for payment of the $100.00 civil filing paid when it filed its case in the Circuit Court for Howard County.[1] This cost is recoverable and shall be allowed.

Accordingly, costs are hereby awarded in favor of plaintiff in the amount of $100.00. A copy of this Order shall be docketed and mailed to counsel.

DATED this ___29th___ day of ___May___, 2002.

_____
Felicia C. Cannon, Clerk of Court
United States District Court for
the District of Maryland

---

[1] Defendants removed the case to this Court. (Paper No. 1,16).